UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE subscriber assigned IP address 73.2.97.225,<br><br>　　　　　Defendant. | No. 1:18-cv-01075-MCE-CKD<br><br><br>ORDER |

On November 8, 2018, plaintiff filed an application seeking an additional sixty days to effectuate Rule 4(m) service on defendant. (ECF No. 11.) However, the court granted plaintiff's previous Ex Parte Application for Leave to Serve a Third Party Subpoena, without permitting formal service. (See ECF No. 10 at 5-6.) Additionally, the court otherwise set a timeframe for the limited service it has permitted. (Id.)

Accordingly, IT IS HEREBY ORDERED that plaintiff's Ex Parte Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant (ECF No. 11) is DENIED as moot.

Dated: November 13, 2018

　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE